IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Ramey, Rita O | Case Number: 04 B 08089 |
| | Judge: Squires, John H |
| Printed: 9/16/08 | Filed: 5/25/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 14, 2008
Confirmed: September 15, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 27,710.42 | |
| Secured: | | 22,144.36 |
| Unsecured: | | 1,345.21 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 1,519.65 |
| Other Funds: | | 1.20 |
| Totals: | 27,710.42 | 27,710.42 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Thomas W Drexler | Administrative | 2,700.00 | 2,700.00 |
| 2. | Community Bank of Lawndale | Secured | 22,144.36 | 22,144.36 |
| 3. | Community Bank of Lawndale | Unsecured | 0.01 | 0.01 |
| 4. | Retailers National Bank | Unsecured | 44.25 | 44.25 |
| 5. | Illinois Student Assistance Commission | Unsecured | 701.04 | 701.04 |
| 6. | Toyota Motor Credit Corporatio | Unsecured | 874.89 | 0.00 |
| 7. | Bank One Delaware | Unsecured | 377.08 | 377.08 |
| 8. | United States Dept Of Education | Unsecured | 222.83 | 222.83 |
| 9. | Bank Of America | Secured | | No Claim Filed |
| 10. | Crossing Pointe | Unsecured | | No Claim Filed |
| 11. | Carson Pirie Scott & Co | Unsecured | | No Claim Filed |
| 12. | Beneficial | Unsecured | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| 14. | BP/Citi | Unsecured | | No Claim Filed |
| 15. | Citibank | Unsecured | | No Claim Filed |
| 16. | Comcast | Unsecured | | No Claim Filed |
| 17. | Citi Cards | Unsecured | | No Claim Filed |
| 18. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 19. | Express | Unsecured | | No Claim Filed |
| 20. | Fingerhut Corporation | Unsecured | | No Claim Filed |
| 21. | DeVry Institute of Technology | Unsecured | | No Claim Filed |
| 22. | Gateway | Unsecured | | No Claim Filed |
| 23. | Household Bank FSB | Unsecured | | No Claim Filed |
| 24. | Tele-Communications Inc | Unsecured | | No Claim Filed |
| 25. | Paul Harris Stores Inc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Ramey, Rita O | Case Number: 04 B 08089 |
|---|---|
| | Judge: Squires, John H |
| Printed: 9/16/08 | Filed: 5/25/04 |

| | | | | |
|---|---|---|---|---|
| 26. | Chase Manhattan | Unsecured | | No Claim Filed |
| 27. | Lenscrafters | Unsecured | | No Claim Filed |
| 28. | Petitie Sophistic/ MGB | Unsecured | | No Claim Filed |
| 29. | Toyota Motor Credit Corporatio | Unsecured | | No Claim Filed |
| 30. | Target Store/Retailers Bank | Unsecured | | No Claim Filed |
| 31. | FNB Omaha | Unsecured | | No Claim Filed |
| 32. | Victoria's Secret | Unsecured | | No Claim Filed |
| 33. | Sams Club | Unsecured | | No Claim Filed |

$ 27,064.46     $ 26,189.57

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 269.42 |
| 4% | 61.20 |
| 3% | 44.25 |
| 5.5% | 223.03 |
| 5% | 106.75 |
| 4.8% | 116.16 |
| 5.4% | 698.84 |
| | $ 1,519.65 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

